**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC. | § § § | |
| V. | § | Civil No. 1:26-CV-03150-ABD |
| ANGELA ELISE MCARDLE & AUSTIN BRATTON PADGETT | § § | |

## <u>ORDER</u>

This case was Removed to this court on November 11, 2026 from the 200th Judicial District Court of Travis County, TX, D-1-GN-26-009921. Prior to removal, attorney Lynne Bernabei had made an appearance in the case as counsel for the plaintiff. Lynne Bernabei is not admitted to practice in this court. Local Court Rule AT-1(f)(1) states: "An Attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding."

ACCORDINGLY, Lynne Bernabei is **ORDERED** to file a Motion to Appear Pro Hac Vice not later than 14 days from the date of this order. A copy of a form motion can be found on the court's website at https://www.txwd.uscourts.gov/for-attorneys/pro-hac-vice/ . Failure to file the motion timely could result in counsel being stricken from the docket, after which time counsel will not receive order from the court or any pleadings filed.

SIGNED this 13th day of November 2026.

ANDREW B. DAVIS
UNITED STATES DISTRICT JUDGE