**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC. | § | |
| | § | |
| v. | § | Civil No. 1:26-cv-03150-ABD |
| | § | |
| ANGELA ELISE MCARDLE & AUSTIN BRATTON PADGETT | § | |
| | § | |
| | § | |

**<u>O R D E R</u>**

The above captioned cause, having been removed to this Court on November 11, 2026 from 200th Judicial District Court of Travis County, TX, D-1-GN-26-009921 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 13th day of November 2026.



ANDREW B. DAVIS
UNITED STATES DISTRICT JUDGE